## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-753 |
| | ) | |
| HOLLAND SHIELDING SYSTEMS B.V., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RULE 7.1 STATEMENT

Plaintiff Parker-Hannifin Corporation ("Parker"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

(a)    *The identity of any parent corporation*:  Parker has no parent corporation.

(b)    *The identity of any publicly held corporation that owns 10% or more of its stock*: No publicly held corporation owns 10% or more of Parker's stock.

Dated: December 15, 2006

/s/ Francis DiGiovanni
Rudolf E. Hutz (#484)
Harold Pezzner (#479)
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141
e-mail: fdigiovanni@cblh.com

*Attorneys for Parker-Hannifin*