**Holland Shielding Systems BV**

P.O. Box 730
NL-3300 AS  Dordrecht
the Netherlands

Jacobus Lipsweg 124
NL-3316 BP  Dordrecht

Phone +31 (0)78 - 613 13 66
Fax +31 (0)78 - 614 95 85

ABN/AMRO bank 49.55.86.625
IBAN NL 34ABNA0495586625
K.v.K. nr 23057218
BTW/VAT nr NL 804.474.096.B01

info@hollandshielding.com
www.hollandshielding.com
www.faradaycages.com

att mr Peter T. Dalleo
United States district court
for the district of Delawere
844 Norht Kingstreet
Lockbopx 18
Wilmington DE 198101
USA

the Netherlands, Dordrecht, 31st of Mai 2007
re: CA no 06-753

Dear Sir,

Pls find enclosed the email we have send dated 24 Mai 2007 and 31 Mir 2007 for attention of mr Francis DiGiovanni, ( #3189) of Connoly Bove Lodge & Hutz, representing Plainttiff, Parker-Hannifin Corp.

We got the complaint, unsigned, only on the 11 th of Mai from the Dutch Court in Rotterdam, without any description of them. However is was dated 11 dec 2006. So we have reacted just in time. I have spoken to the ombudsman of the court mr John E. James and he told me that we still react just in time.

We try to reach an amicable settlement with Parker and we made an appointment with their European Manager, for the 15 th of Junein our offices. However I send emails and tried to phone mr DiGiovanni but he did not confirm until now.

In this complaint we were not told product ( and we make over 20.000 different parts) is involved and to which customer we should have delivered this, so that we can defend ourselves. Only that reason makes that we can not answer nor defend.

We hope we are allowed to tell our own story on this complain for the jury, and I hope that we get the invitation to do so just in time. Is there any need to get a Delawere lawyer with us, or are we allowed to do this ourselves?

Best Regards,

Jan van Tienhoven, Managing Director,

Enclosed: copy email dd 24-5-07 and 31-5-07 to mr DiGiovani / copy of complaint 06-753

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-753 |
| ) | |
| HOLLAND SHIELDING SYSTEMS B.V., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## COMPLAINT

Plaintiff, PARKER-HANNIFIN CORPORATION, as and for its complaint against defendant, HOLLAND SHIELDING SYSTEMS B.V., alleges as follows:

### PARTIES

1. Plaintiff, PARKER-HANNIFIN CORPORATION (hereinafter "PARKER"), is a corporation organized and existing under the laws of the State of Ohio, having its principal place of business at 6035 Parkland Blvd., Cleveland, Ohio.

2. Defendant, HOLLAND SHIELDING SYSTEMS B.V. (hereinafter "HSS"), is, on information and belief, a corporation organized and existing under the laws of the Kingdom of the Netherlands, with its principal place of business at Jacobus Lipsweg 124, 3316 BP Dordrecht, The Netherlands.

### JURISDICTION AND VENUE

3. The jurisdiction of this Court arises under 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), and 1400(b).

**Onderwerp:** complaint Parker ca nr 06 753
**Van:** "Holland Shielding Systems B.V." <info@hollandshielding.com>
**Datum:** Thu, 24 May 2007 12:46:40 +0200
**Aan:** fdigiovanni@cblh.com

dear Giovanni,

We have received your complaint, last week , on flame retardent gaskets.
As you can see in the attachment , this was also publiced in the item, (at that time an important paper for electro-magnetic shielding0 , in april 1997 , however we send that ad already in januari 1997 or even before.

We produce flame retardant gaskets since 1989.
At that time we worked mostly with coatings on the textile but the main business we do now is to make gasket with flame retarded foam core, as you can read in our catalog and website. By the way in that case we are sure that your patent on coatings do not stand up.

We even have not any UL 94 Vo approval at this time, for we use mostly flame retardant foams, so we do not see that Parker could have any problem with us.

When i looked in my files, mr Martin Lapp the CEO of Parker( if I m well informed) tried to sell us in febr 1996 as employee of Monsanto material to produce gaskets.

We are a small company with 8 employees and sell to USA at this moment less as $ 20,000.-- of all kind of shielding products

Of coarse we do not like to disturb anyones business, we believe in our own force and hope to can cooperate with Parker as friend, for we buy for some application even their products!

We hope that mr Lapp will buy our company in stead of fighting with us at the Court of Delaware, and we hope you will bring this proposal under his attention.

Pls let me know if you want anything more from us. Is it important and usual in USA that we send this letter also to the court?


--

Best Regards,

Jan van Tienhoven

Holland Shielding Systems BV
P.O. Box 730
NL 3300 AS Dordrecht
the Netherlands
phone + 31 78 6 13 13 66
fax + 31 78 6 14 95 85
e-mail: info@hollandshielding.com
internet: www.hollandshielding.com

**Onderwerp:** parker patent claim/Delaware 06-753
**Van:** "Holland Shielding Systems B.V." <info@hollandshielding.com>
**Datum:** Thu, 31 May 2007 14:25:51 +0200
**Aan:** fdigiovanni@cblh.com


dear mr DiGionvanni,

Thank you for passing my request to you, dated 24 Mai 2007, through to the management of Parker.

The European manager will visit me on the 15 th of June for a discussion in our company.

Pls be so kind to confirm that we have a stop in legal actions, during these negotiations, else we have to make even more cost for defending ourselves.

You can be sure that we have always have and always will respect the patents mentioned in your complaint.


--

Best Regards,

Jan van Tienhoven

Holland Shielding Systems BV
P.O. Box 730
NL 3300 AS Dordrecht
the Netherlands
phone + 31 78 6 13 13 66
fax + 31 78 6 14 95 85
e-mail: info@hollandshielding.com
internet: www.hollandshielding.com
new website: www.faradaycages.com