IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-cv-00753-*** |
| | ) | |
| HOLLAND SHIELDING SYSTEMS B.V., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, Parker Hannifin Corporation, through undersigned counsel, dismisses the above action without prejudice.

Dated: January 18, 2008

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiff*

572494_1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record for this case, who are registrants of the Court's CM/ECF system. I further certify that on January 18, 2008, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

**BY Air Mail and E-Mail**

Jan van Tiernhoven, Managing Director
Holland Shielding Systems BV
P.O. Box 730
NL-3300 AS Dordrecht
The Netherlands
info@hollandshielding.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)